UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re:<br><br>    1716 I LLC,<br><br>            Debtor. | Case No.  19-00699<br>Chapter 11 |

## INTERIM APPLICATION FOR COMPENSATION
## FOR LAW FIRM OF ELY HURWITZ

Comes now Ely Hurwitz, Esq. on behalf of the Law Firm of Ely Hurwitz and respectfully petitions this Court for compensation, for legal services rendered as special legal counsel for business regulatory matters on behalf of the Debtor, pursuant to 11 U.S.C. §§ 327 & 330 and Rule 2016 of the Federal Rules of Bankruptcy Procedure and in support thereof represents as follows:

    1.    On October 23, 2019, the Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code.  Pursuant to the Consent Order Conditioning Rights of Debtor In Possession, Debtor has continued business operations as debtor-in-possession since the petition date.

    2.     On February 3, 2020 the Debtor filed an application to employ Ely Hurwitz, Esq. and the Law Firm of Ely Hurwitz as special legal counsel for business regulatory matters relating to the operation of the Debtor's business.   The application to employ the Law Firm of Ely Hurwitz was approved by order this Court on February 24, 2020.

    3.    Ely Hurwitz, Esq. requests interim compensation in the amount of $7,875.00 for legal services rendered on behalf of the Debtor during the period October 23, 2019 through March 12, 2020.  The Law Firm of Ely Hurwitz has not received compensation or payment of any kind, since the commencement of this case, either as legal fees or as reimbursement for out-of-pocket expenses.

4. All services for which compensation is hereby requested were performed for and on behalf of the Debtor. The services total of 17.5 hours, billed at $450 per hour.

5. These legal services consist of: (i) counseling and representation of the Debtor in connection with the Debtor's Alcohol Beverage Regulation Administration (ABRA) license; (ii) representation of the Debtor in connection with a hearing for an ABRA occupancy violation; (iii) filing an application for an increase in occupancy load, which application was subsequently withdrawn for business reasons; and (iv) intervening in proceedings filed by the Debtor to obtain renewal of the Debtor's Basic Business License.   The summary attached hereto as Exhibit 1 sets forth in detail the services rendered for the period for which compensation is requested.

6. Ely Hurwitz, Esq. has made every reasonable effort to provide thorough and prudent representation on behalf of the Debtor as efficiently as possible.  Moreover, the Law Firm of Ely Hurwitz has exercised billing discretion to exclude any time and expenses deemed non-productive or duplicative.

7. For the foregoing reasons and for any other reasons this Court may find, Ely Hurwitz, Esq. requests the approval of this application for attorneys' fees in the amount of $7,875.00 for services rendered by the Law Firm of Ely Hurwitz, Esq. on behalf of the Debtor.

Dated: April 1, 2020                    Respectfully submitted,

LAW FIRM OF ELY HURWITZ

*/s/ Ely Hurwitz*_____
Ely Hurwitz, Esq. DC Bar No. 34348
5403 Wilson Lane
Bethesda, MD 20814
(202) 483-0001

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of April 2020, a copy of the foregoing Interim Application for Compensation for Law Firm of Ely Hurwitz and proposed order were served by way of the Court's Electronic Filing System on all interested parties, and mailed first class postage prepaid to the following:

Joseph A. Guzinski, Esq.
Office of the U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

Alexander M. Laughlin, Esq.
Odin Feldman & Pittleman PC
1775 Wiehle Avenue, Suite 400
Reston, VA 20190

*/s/ Wendell W. Webster*
Wendell W. Webster