EXHIBIT 1

# Statement for Services

**Date:** March 17, 2020

**LAW OFFICES OF ELY HURWITZ**
**5403 Wilson Lane**
**Bethesda, MD 20814**
**Tel: 202 483-0001**

**TO:** Charles Zhou
1716 I Street, NW
Washington, D.C.

**RE:** 1716 I, LLC Garden of Eden/Eye Bar
1. ABRA License Renewal
2. ABRA Violation-Occupancy Load
3. ABRA Application for Substantial Change
4. DCRA\OTR Basic Business License Renewal

| Dates | DESCRIPTION of SERVICE | Hours billed | Charges |
|---|---|---|---|
| October 23, 2019 | **1. RE: Application to Renew ABRA license**<br><br>Preparation and Filing of application for renewal of ABRA license including meetings with client<br>Consultation with ABRA Counsel and Bankruptcy counsel.<br>Preparation and filing of Petition for Renewal after application was rejected.<br>Obtain and review Order<br>Obtain new ABRA license<br><br>                                                      Total | 2 hours<br><br>2 hours<br><br><br><u>1.5 hours</u><br><br>5.5 hours | $2,475.00 |
| 12/ 10 to 12/ 2019 | **2. RE: ABRA OCCUPANCY VIOLATION**<br><br>Consultations with client<br>Appearance at ABRA hearing for Violation notices 10-11:30 AM.<br>Negotiate settlement agreement with DC Attorney General's office and approval by ABRA Board. | 1.5 hours | $675.00 |
|  | Total | 1.5 | $675.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| | **3. RE: Application for Substantial Change to Increase ABRA occupancy to conform with C of O.** | | |
| | Preparation and filing of application for approval of increase in occupancy as directed by ABRA | 1 hour | |
| | Telephone conferences (2) with ANC Commissioner regarding occupancy application. | .5 hour | |
| February 12, 2020 | Attend ANC meeting to make presentation and answer questions with regard to application for substantial change in occupancy. 7 pm to 8 pm. | 1 hour | |
| | Receipt and review of protests- telephone conference with ABRA investigator and client. | .5 hours | |
| 3/14-3/17 2020 | Consultation with client. Preparation and Filing of withdrawal of application. | 1 hour | |
| | Total | 4 hours | $1,800.00 |
| 3/1/2020 to 3/12/2020 | **4. RE: Basic Business License Renewal** Consultation with client | | |
| | Meeting with DCRA 3/2/2020 to obtain Basic Business License renewal 11:55am to 12:12 pm | .5 | |
| | Meeting with DC 3/2 Office of Tax and Revenue to obtain clean hands certificate 12:12PM to 4:00 pm. | 3 hours | |
| 3/12/2020 | Consultation with client re completing tax returns. Meetings 3/12/2020 with DC Office of Tax and Revenue for Clean Hands Certificate 12:00 pm to 2:22 pm | 2 hours | |
| 3/12/2020 | Meeting with DCRA to obtain business license 2:22 pm to 4:00 pm | 1.5 hours | |
| | | 6.5 hours | $2,925.00 |

Total Charges for Items 1-4.    $7,875.00