# EXHIBIT 1

# 1716 I LLC
Cash Flow Projections

# 1716 I, LLC

## BUDGET OVERVIEW: 1716 I, LLC CASH FLOW BUDGET 2021 - FY21 P&L
### January - December 2021

| | JAN - MAR, 2021 | APR - JUN, 2021 | JUL - SEP, 2021 | OCT - DEC, 2021 | TOTAL |
|---|---|---|---|---|---|
| **Income** | | | | | |
| Event Sales | 0.00 | 0.00 | 0.00 | 20,000.00 | $20,000.00 |
| Sales | 0.00 | 0.00 | 0.00 | 190,000.00 | $190,000.00 |
| **Total Income** | $0.00 | $0.00 | $0.00 | $210,000.00 | $210,000.00 |
| **Cost of Goods Sold** | | | | | |
| Cost of Goods Sold | 0.00 | 0.00 | 0.00 | 31,500.00 | $31,500.00 |
| **Total Cost of Goods Sold** | $0.00 | $0.00 | $0.00 | $31,500.00 | $31,500.00 |
| **GROSS PROFIT** | $0.00 | $0.00 | $0.00 | $178,500.00 | $178,500.00 |
| **Expenses** | | | | | |
| Audio/Video Expense | 0.00 | 0.00 | 0.00 | 750.00 | $750.00 |
| Bank Charges & Fees | 0.00 | 0.00 | 0.00 | 225.00 | $225.00 |
| Cleaning Service | 0.00 | 0.00 | 0.00 | 3,600.00 | $3,600.00 |
| Credit Card Discount Fees | 0.00 | 0.00 | 0.00 | 6,000.00 | $6,000.00 |
| DJ Expense | 0.00 | 0.00 | 0.00 | 5,250.00 | $5,250.00 |
| Insurance | 0.00 | 0.00 | 0.00 | 7,500.00 | $7,500.00 |
| Legal & Professional Services | 0.00 | 0.00 | 0.00 | 2,250.00 | $2,250.00 |
| Promotion and Marketing Expense | 0.00 | 0.00 | 0.00 | 6,500.00 | $6,500.00 |
| Rent & Lease | 0.00 | 0.00 | 0.00 | 37,500.00 | $37,500.00 |
| Repairs & Maintenance | 0.00 | 0.00 | 0.00 | 2,000.00 | $2,000.00 |
| Salaries & Wages, Tips, Gratuities | 0.00 | 0.00 | 0.00 | 21,000.00 | $21,000.00 |
| Security Services | 0.00 | 0.00 | 0.00 | 12,000.00 | $12,000.00 |
| Supplies | 0.00 | 0.00 | 0.00 | 1,500.00 | $1,500.00 |
| Taxes & Licenses | 0.00 | 0.00 | 0.00 | 7,500.00 | $7,500.00 |
| Trash Removal | 0.00 | 0.00 | 0.00 | 2,000.00 | $2,000.00 |
| Utilities | 0.00 | 0.00 | 0.00 | 4,500.00 | $4,500.00 |
| **Total Expenses** | $0.00 | $0.00 | $0.00 | $120,075.00 | $120,075.00 |
| **NET OPERATING INCOME** | $0.00 | $0.00 | $0.00 | $58,425.00 | $58,425.00 |
| **Other Expenses** | | | | | |
| Settlement- Class I | 0.00 | 0.00 | 0.00 | 25,000.00 | $25,000.00 |
| Settlement- Class II | 0.00 | 0.00 | 0.00 | 468.00 | $468.00 |
| Settlement- Class III | 0.00 | 0.00 | 0.00 | 20,000.00 | $20,000.00 |
| Settlement- Class IV | 0.00 | 0.00 | 0.00 | 3,650.00 | $3,650.00 |
| **Total Other Expenses** | $0.00 | $0.00 | $0.00 | $49,118.00 | $49,118.00 |
| **NET OTHER INCOME** | $0.00 | $0.00 | $0.00 | $ -49,118.00 | $ -49,118.00 |
| **NET INCOME** | $0.00 | $0.00 | $0.00 | $9,307.00 | $9,307.00 |

Thursday, January 14, 2021 02:50 PM GMT-05:00

1/1

# 1716 I, LLC

## BUDGET OVERVIEW: 1716 I, LLC CASH FLOW PROJECTIONS 2022 - FY22 P&L

### January - December 2022

|  | TOTAL |
|---|---|
| **Income** |  |
| Event Sales | 40,000.00 |
| Sales | 800,000.00 |
| **Total Income** | **$840,000.00** |
| **Cost of Goods Sold** |  |
| Cost of Goods Sold | 126,000.00 |
| **Total Cost of Goods Sold** | **$126,000.00** |
| **GROSS PROFIT** | **$714,000.00** |
| **Expenses** |  |
| Audio/Video Expense | 3,000.00 |
| Bank Charges & Fees | 900.00 |
| Cleaning Service | 14,400.00 |
| Credit Card Discount Fees | 24,000.00 |
| DJ Expense | 21,000.00 |
| Insurance | 30,000.00 |
| Legal & Professional Services | 9,000.00 |
| Promotion and Marketing Expense | 26,000.00 |
| Rent & Lease | 150,000.00 |
| Repairs & Maintenance | 8,000.00 |
| Salaries & Wages, Tips, Gratuities | 84,000.00 |
| Security Services | 46,000.00 |
| Supplies | 6,000.00 |
| Taxes & Licenses | 30,000.00 |
| Trash Removal | 8,000.00 |
| Utilities | 18,000.00 |
| **Total Expenses** | **$480,300.00** |
| **NET OPERATING INCOME** | **$233,700.00** |
| **Other Expenses** |  |
| Settlement- Class II | 1,869.00 |
| Settlement- Class III | 80,000.00 |
| Settlement- Class IV | 14,500.00 |
| **Total Other Expenses** | **$96,369.00** |
| **NET OTHER INCOME** | **$ -96,369.00** |
| **NET INCOME** | **$137,331.00** |

# 1716 I, LLC

## BUDGET OVERVIEW: 1716 I, LLC CASH FLOW PROJECTIONS - FY23 P&L
### January - December 2023

| | TOTAL |
|---|---:|
| **Income** | |
| Event Sales | 50,000.00 |
| Sales | 950,000.00 |
| **Total Income** | **$1,000,000.00** |
| Cost of Goods Sold | |
| Shipping | 150,000.00 |
| **Total Cost of Goods Sold** | **$150,000.00** |
| **GROSS PROFIT** | **$850,000.00** |
| Expenses | |
| Audio/Video Expense | 15,000.00 |
| Bank Charges & Fees | 1,200.00 |
| Cleaning Service | 15,000.00 |
| Credit Card Discount Fees | 30,000.00 |
| DJ Expense | 30,000.00 |
| Insurance | 40,000.00 |
| Legal & Professional Services | 15,000.00 |
| Promotion and Marketing Expense | 50,000.00 |
| Rent & Lease | 150,000.00 |
| Repairs & Maintenance | 18,000.00 |
| Salaries & Wages, Tips, Gratuities | 100,000.00 |
| Security Services | 60,000.00 |
| Supplies | 10,000.00 |
| Taxes & Licenses | 45,000.00 |
| Trash Removal | 9,000.00 |
| Utilities | 24,000.00 |
| **Total Expenses** | **$612,200.00** |
| **NET OPERATING INCOME** | **$237,800.00** |
| Other Expenses | |
| Settlement- Class II | 1,869.00 |
| Settlement- Class III | 80,000.00 |
| Settlement- Class IV | 14,500.00 |
| **Total Other Expenses** | **$96,369.00** |
| **NET OTHER INCOME** | **$ -96,369.00** |
| **NET INCOME** | **$141,431.00** |

Thursday, January 14, 2021 02:43 PM GMT-05:00

1/1

# 1716 I, LLC

## BUDGET OVERVIEW: 1716 I, LLC CASH FLOW PROJECTIONS - FY24 P&L
### January - December 2024

|  | TOTAL |
|---|---:|
| **Income** | |
| Event Sales | 60,000.00 |
| Sales | 1,190,000.00 |
| **Total Income** | **$1,250,000.00** |
| **Cost of Goods Sold** | |
| Cost of Goods Sold | 187,500.00 |
| **Total Cost of Goods Sold** | **$187,500.00** |
| **GROSS PROFIT** | **$1,062,500.00** |
| **Expenses** | |
| Audio/Video Expense | 20,000.00 |
| Bank Charges & Fees | 1,800.00 |
| Cleaning Service | 17,500.00 |
| Credit Card Discount Fees | 37,500.00 |
| DJ Expense | 50,000.00 |
| Insurance | 50,000.00 |
| Legal & Professional Services | 20,000.00 |
| Promotion and Marketing Expense | 60,000.00 |
| Rent & Lease | 225,000.00 |
| Repairs & Maintenance | 24,000.00 |
| Salaries & Wages, Tips, Gratuities | 125,000.00 |
| Security Services | 72,000.00 |
| Supplies | 12,000.00 |
| Taxes & Licenses | 50,000.00 |
| Trash Removal | 12,000.00 |
| Utilities | 30,000.00 |
| **Total Expenses** | **$806,800.00** |
| **NET OPERATING INCOME** | **$255,700.00** |
| **Other Expenses** | |
| Settlement- Class II | 1,869.00 |
| Settlement- Class III | 80,000.00 |
| Settlement- Class IV | 10,875.00 |
| **Total Other Expenses** | **$92,744.00** |
| **NET OTHER INCOME** | **$ -92,744.00** |
| **NET INCOME** | **$162,956.00** |

# 1716 I, LLC

## BUDGET OVERVIEW: 1716 I, LLC CASH FLOW PROJECTIONS - FY25 P&L
### January - December 2025

| | TOTAL |
|---|---:|
| **Income** | |
| Event Sales | 75,000.00 |
| Sales | 1,275,000.00 |
| **Total Income** | **$1,350,000.00** |
| **Cost of Goods Sold** | |
| Cost of Goods Sold | 202,500.00 |
| **Total Cost of Goods Sold** | **$202,500.00** |
| **GROSS PROFIT** | **$1,147,500.00** |
| **Expenses** | |
| Audio/Video Expense | 25,000.00 |
| Bank Charges & Fees | 2,400.00 |
| Cleaning Service | 20,000.00 |
| Credit Card Discount Fees | 40,500.00 |
| DJ Expense | 60,000.00 |
| Insurance | 60,000.00 |
| Legal & Professional Services | 25,000.00 |
| Promotion and Marketing Expense | 75,000.00 |
| Rent & Lease | 225,000.00 |
| Repairs & Maintenance | 30,000.00 |
| Salaries & Wages, Tips, Gratuities | 135,000.00 |
| Security Services | 80,000.00 |
| Supplies | 15,000.00 |
| Taxes & Licenses | 60,000.00 |
| Trash Removal | 12,000.00 |
| Utilities | 30,000.00 |
| **Total Expenses** | **$894,900.00** |
| **NET OPERATING INCOME** | **$252,600.00** |
| **Other Expenses** | |
| Settlement- Class II | 1,869.00 |
| Settlement- Class III | 80,000.00 |
| **Total Other Expenses** | **$81,869.00** |
| **NET OTHER INCOME** | **$ -81,869.00** |
| **NET INCOME** | **$170,731.00** |

# 1716 I, LLC

## BUDGET OVERVIEW: 1716 I, LLC CASH FLOW PROJECTIONS - FY26 P&L
### January - December 2026

| | TOTAL |
|---|---:|
| **Income** | |
| Event Sales | 100,000.00 |
| Sales | 1,400,000.00 |
| **Total Income** | **$1,500,000.00** |
| **Cost of Goods Sold** | |
| Cost of Goods Sold | 225,000.00 |
| **Total Cost of Goods Sold** | **$225,000.00** |
| **GROSS PROFIT** | **$1,275,000.00** |
| **Expenses** | |
| Audio/Video Expense | 25,000.00 |
| Bank Charges & Fees | 2,400.00 |
| Cleaning Service | 20,000.00 |
| Credit Card Discount Fees | 45,000.00 |
| DJ Expense | 66,000.00 |
| Insurance | 60,000.00 |
| Legal & Professional Services | 30,000.00 |
| Promotion and Marketing Expense | 100,000.00 |
| Rent & Lease | 300,000.00 |
| Repairs & Maintenance | 35,000.00 |
| Salaries & Wages, Tips, Gratuities | 150,000.00 |
| Security Services | 85,000.00 |
| Supplies | 20,000.00 |
| Taxes & Licenses | 65,000.00 |
| Trash Removal | 12,000.00 |
| Utilities | 35,000.00 |
| **Total Expenses** | **$1,050,400.00** |
| **NET OPERATING INCOME** | **$224,600.00** |
| **Other Expenses** | |
| Settlement- Class II | 1,400.00 |
| Settlement- Class III | 60,000.00 |
| **Total Other Expenses** | **$61,400.00** |
| **NET OTHER INCOME** | **$ -61,400.00** |
| **NET INCOME** | **$163,200.00** |

Thursday, January 14, 2021 03:10 PM GMT-05:00

1/1